IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22048 CIV-COOKE

RONALD DE JESUS PALMA and
JACQUELINE PALMA,

    Plaintiffs,

vs.

BP PRODUCTS NORTH AMERICA, INC.,

    Defendant.
_____/

**AGREED ORDER ON UNOPPOSED MOTION FOR ORDER
COMPELLING PRODUCTION OF DOCUMENTS BY
NON-PARTY ENTERPRISE LEASING COMPANY**

THIS CAUSE having come to be heard on Defendant's, BP Products North America, Inc., Unopposed Motion for Order Compelling Production of Documents by Non-Party Enterprise Leasing Company, and the Court having reviewed the Court file, having been advised that the parties are in agreement as to the contents of this Agreed Order, and being otherwise duly advised in the premises, it is hereby,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby **GRANTED**. Enterprise Leasing Company shall produce the records requested by BP Products North America, Inc. in the Authorization for Release of Employment Information and Records dated May 20, 2008 within ten (10) days from the date of this Order.

DONE AND ORDERED in Chambers at Miami-Dade County this 21st day of _____July_____, 2008.

               _____
               THE HONORABLE MARCIA G. COOKE
               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Jonathan Wald
Moises Melendez